USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED DISPOSAL SERVICES, INC.
(f/k/a ADS WASTE HOLDINGS, INC.),

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.;
AMERICAN HOME ASSURANCE
COMPANY; NEW HAMPSHIRE
INSURANCE COMPANY; INSURANCE
COMPANY OF THE STATE OF
PENNSYLVANIA; ILLINOIS NATIONAL
INSURANCE COMPANY; GRANITE
STATE INSURANCE COMPANY; AIU
INSURANCE COMPANY; CHARTIS
CASUALTY COMPANY (n/k/a AIG
ASSURANCE COMPANY); CHARTIS
PROPERTY & CASUALTY CO. (n/k/a AIG
PROPERTY CASUALTY CO.); and,
COMMERCE AND INDUSTRY
INSURANCE COMPANY,

    Defendants.

Civil Action No. 18-cv-00305 (ER)

## STIPULATION AND ORDER

The parties hereby stipulate that this action be and the same hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party to bear its own costs and fees.

Dated: January 26, 2018

By their attorneys,

ANDERSON KILL, P.C.

By: _____
Pamela D. Hans
phans@andersonkill.com
Marshall Gilinsky
mgilinsky@andersonkill.com
Bruce Strong
bstrong@andersonkill.com

nydocs1-1103134.1

1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000

*Attorneys for Plaintiff*


SIDLEY AUSTIN LLP

By: *Francesca Brody*
Nicholas P. Crowell
ncrowell@sidley.com
Andrew D. Hart
ahart@sidley.com
Francesca E. Brody
fbrody@sidley.com
787 Seventh Avenue
New York, NY 10010
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants*


SO ORDERED:

_____
Hon. Edgardo Ramos
United States District Judge

Dated: January 29, 2018